NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-01105-DJA |
| Plaintiff, | ORDER TO CONTINUE THE PRELIMINARY HEARING |
| vs. | (*First Request*) |
| BRENDA CONTRERAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and MAYSOUN FLETCHER, counsel for Defendant BRENDA CONTRERAS, that the preliminary hearing date in the above-captioned matter, currently scheduled for January 11, 2021, at 4:00 p.m., be vacated and continued for sixty (60) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The Government needs additional time to produce relevant discovery to Defense Counsel.

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how she would like to proceed.

3. The parties agree to the continuance.

4. Defendant BRENDA CONTRERAS is out of custody in this case but remains in custody at the Southern Nevada Detention Center on an ICE detainer and does not object to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

7. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

8. This is the <u>first</u> request for a continuation of the preliminary hearing.

DATED: January 8, 2021

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

Attorneys for the Plaintiff
UNITED STATES OF AMERICA


*/s/ Maysoun Fletcher*
_____
MAYSOUN FLETCHER
Counsel for Defendant BRENDA CONTRERAS

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-01105-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| BRENDA CONTRERAS, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government needs additional time to produce relevant discovery to Defense Counsel.

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how she would like to proceed.

3. Defendant BRENDA CONTRERAS is out of custody in this case but remains in custody at the Southern Nevada Detention Center on an ICE detainer and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>first</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for January 11, 2021, at the hour of 4:00 p.m., be vacated and continued to March 15, 2021, at 4:00 p.m. Courtroom 3A.

DATED this ___10th___ day of January, 2021.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE