CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-01105-DJA |
| Plaintiff, | ORDER TO CONTINUE THE PRELIMINARY HEARING |
| vs. | (*Second Request*) |
| BRENDA CONTRERAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and MAYSOUN FLETCHER, counsel for Defendant BRENDA CONTRERAS, that the preliminary hearing date in the above-captioned matter, currently scheduled for March 15, 2021, at 4:00 p.m., be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how she would like to proceed.

2. The parties agree to the continuance.

3. Defendant BRENDA CONTRERAS is out of custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>second</u> request for a continuation of the preliminary hearing.

DATED: March 11, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


    */s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA



    */s/ Maysoun Fletcher*
MAYSOUN FLETCHER
Counsel for Defendant BRENDA CONTRERAS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-01105-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| BRENDA CONTRERAS, | |
| Defendant. | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how she would like to proceed.

2. Defendant BRENDA CONTRERAS is out of custody and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

5. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

6. This is the <u>second</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 15, 2021, at the hour of 4:00 p.m., be vacated and continued to May 3, 2021, at 4:00 p.m., Courtroom 3A.

DATED this 12th day of March, 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge